**Entered on Docket**
**January 20, 2011**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
ALEXIS M. BORNHOFT (NV Bar #11523)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for    Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THOMAS H. URSO AND KIMBERLY R. URSO,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-10-53603-gwz<br><br>Chapter 13<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    December 3, 2010<br>Time:    1:30 p.m. |

1  The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 199 Gordon Ln, Dayton, Nevada 89403-3081, which is legally described as:

> LOT 65, AS SHOWN ON THE FINAL MAP OF CANYON ESTATES SUBDIVISION, PHASE NO 1, RECORDED IN THE OFFICIAL RECORDS OF LYON COUNTY, NEVADA. ON JUNE 3, 1999, AS DOCUMENT NO 234682 AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED JUNE 22,1999, AS DOCUMENT NO. 235567 AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED APRIL 30, 2002, AS DOCUMENT NO. 276123, OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall be binding and effective and supersede any subsequently entered confirmation order that confirms a Chapter 13 Plan of Reorganization providing for the treatment of Movant's claim.

APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

_____     _____
KEVIN A. DARBY              WILLIAM A. VAN METER
DEBTORS' ATTORNEY           TRUSTEE

/././
/././
/././
/././
/././
/././
/././

1  In accordance with LR 9021, counsel submitting this document certifies that the order accurately
2  reflects the court's ruling and that (check one):

3  ☐   The court has waived the requirement set forth in LR 9021(b)(1).

4  ☒   No party appeared at the hearing or filed an objection to the motion.

5  ☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
6
7  and any unrepresented parties who appeared at the hearing, and each has approved or
8  disapproved the order, or failed to respond, as indicated below [list each party and whether the
9  party has approved, disapproved, or failed to respond to the document]:

10 ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
11 with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of
12 the order.

13 ☐   Approved.

14 ☐   Disapproved.

15 ☒   Failed to respond. - Debtors' Attorney/Trustee

16                                              ###

17 Submitted by:

18 /s/ ACE VAN PATTEN
   4375 Jutland Drive, Suite 200
19 P.O. Box 17933
   San Diego, CA 92177-0933
20 (858) 750-7600
   NV Bar #11731
21 Attorney for WELLS FARGO
   BANK, N.A. ALSO KNOWN
22 AS WACHOVIA MORTGAGE,
   A DIVISION OF WELLS
23 FARGO BANK, N.A, AND
   FORMERLY KNOWN AS
24 WACHOVIA MORTGAGE
   FSB, FORMERLY KNOWN AS
25 WORLD SAVINGS BANK,
   FSB
26
27
28